Certificate Number: 16339-PAW-DE-031485066

Bankruptcy Case Number: 18-22809



16339-PAW-DE-031485066

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 16, 2018</u>, at <u>10:34</u> o'clock <u>PM EDT</u>, <u>Christopher Keough</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>August 16, 2018</u>            By:   <u>/s/Kelley Tipton</u>

                                        Name: <u>Kelley Tipton</u>

                                        Title: <u>Certified Financial Counselor</u>