Certificate Number: 16339-PAW-DE-031485068

Bankruptcy Case Number: 18-22809



16339-PAW-DE-031485068

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2018, at 10:34 o'clock PM EDT, Alyson Keough completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 16, 2018                By:    /s/Kelley Tipton

                                       Name:  Kelley Tipton

                                       Title: Certified Financial Counselor